UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| ANN ICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:18-cv-00092-RLY-MPB |
| | ) | |
| GIBSON COUNTY COMMISSIONERS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On October 21, 2019, the Magistrate Judge issued a Report and Recommendation recommending that the court deny Defendant's Motion for Judgment on the Pleadings; deny the Plaintiff's Amended Motion for Leave to File Amended Complaint to Conform to the Evidence; and deny the Plaintiff's Motion for Strike Motion for Judgment on the Pleadings. There being no objection, the court hereby **ADOPTS** the Report and Recommendation. Defendant's Motion for Judgment on the Pleadings (Filing No. 40) is **DENIED**; Plaintiff's Amended Motion for Leave to File Amended Complaint to Conform to the Evidence (Filing No. 44) is **DENIED**; and Plaintiff's Motion for Strike Motion for Judgment on the Pleadings (Filing No. 45) is **DENIED**.

**SO ORDERED** this 2nd day of December 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.